# Court of Appeals
## Tenth Appellate District of Texas

10-25-00094-CR
10-25-00095-CR

Kenneth Wayne Hall,
Appellant

v.

The State of Texas,
Appellee

On appeal from the
443rd District Court of Ellis County, Texas
Judge Grace Ruth Pandithurai, presiding
Trial Court Cause Nos. 51535CR; 51534CR

JUSTICE HARRIS delivered the opinion of the Court.

## MEMORANDUM OPINION

Kenneth Wayne Hall was convicted of one charge of aggravated assault with a deadly weapon and one charge of unlawful possession of a firearm by a felon, each enhanced with two prior convictions, and sentenced to 70 years and 50 years, respectively, in prison. *See* TEX. PENAL CODE ANN. §§ 22.02(b)(l); 46.04(e).

In his sole issue in each appeal, Hall complains the trial court abused its discretion in failing to permit Hall's attempted impeachment of a witness with

a prior inconsistent statement pursuant to Texas Rule of Evidence 613. TEX. R. EVID. 613. Hall, however, never informed or complained to the trial court that Hall was attempting to impeach the witness or that the court improperly denied his right to impeach the witness.

Rule 33.1 of the Texas Rules of Appellate Procedure provides that as a prerequisite to presenting a complaint for appellate review, the record must show that the party "stated the grounds for the ruling ... sought from the trial court with sufficient specificity to make the trial court aware of the complaint." TEX. R. APP. P. 33.1; *Reyna v. State*, 168 S.W.3d 173, 177 (Tex. Crim. App. 2005). Thus, the party complaining on appeal must, at the earliest opportunity, have done everything necessary to bring to the judge's attention the very complaint that party is now making on appeal. *Golliday v. State*, 560 S.W.3d 664, 669 (Tex. Crim. App. 2018); *Martinez v. State*, 91 S.W.3d 331, 336 (Tex. Crim. App. 2002). Accordingly, Hall's complaint in each appeal is not preserved for review on appeal, and his sole issue is overruled. *See* TEX. R. APP. P. 33.1(a).

The trial court's judgments are affirmed.

_____
LEE HARRIS
Justice

OPINION DELIVERED and FILED:  March 12, 2026

Before Chief Justice Johnson,
          Justice Smith, and
          Justice Harris
Affirmed
Do Not Publish
CRPM

